**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**WHITNEY J. BARRETT, ESQ.**
Nevada Bar No. 13662
wbarrett@christiansenlaw.com
**CHRISTIANSEN TRIAL LAWYERS**
710 South 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:     (866) 412-6992
*Attorneys for Plaintiff*



## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LISTON M. GOODMAN, an Individual;<br><br>       Plaintiff,<br><br>vs.<br><br>PANDA EXPRESS, INC. d/b/a PANDA EXPRESS, a Foreign Corporation; PANDA RESTAURANT GROUP, INC. d/b/a PANDA EXPRESS, A Foreign Corporation; DOE PANDA EXPRESS EMPLOYEES; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX inclusive,<br><br>       Defendants. | CASE NO.    2:22-cv-24<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective counsel of record, as follows:

### I.    DISCOVERY COMPLETED

1. A Rule 36(f) Case Conference was held and a Discovery Plan/Scheduling Order was filed.

2. Plaintiffs have disclosed their initial disclosures and three supplements thereto;

3. Defendant has disclosed its initial disclosures;

4.  The parties have propounded and responded to written discovery requests;

5.  Plaintiff's deposition was taken on April 11, 2022; and

6.  Troy Russell, MD's deposition was taken on June 14, 2022.

## II.   DISCOVERY TO BE COMPLETED

1.  Plaintiff will take the deposition(s) of Defendant's corporate designees pursuant to FRCP 30(b)(6) on July 11, 2022;

2.  The parties will depose Steven Olenchak, PA on July 7, 2022;

3.  The parties will depose Defendant's employees;

4.  The parties will disclose expert witnesses and depose their respective experts;

5.  The parties intend to serve, and respond to, additional written discovery;

6.  The parties intend to conduct the depositions of other parties, fact witnesses, Plaintiff's treating providers, and the parties' experts; and

7.  The parties intend to supplement numerous expert witnesses and reports.

## III.   REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS PROVIDED BY THE SCHEDULING ORDER

Counsel has been working diligently to adhere to the current discovery deadlines, however; additional time is needed to take depositions and designate experts. The parties are currently attempting to schedule mediation with Retired Judge Trevor L. Atkin. In order to facilitate a private mediation and avoid potentially unnecessary expert fees, the parties have agreed to continue the discovery deadlines sixty (60) days.

## IV.   PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:

|  | **EXISTING DEADLINES** | ~~**PROPOSED**~~ **DEADLINES** |
|---|---|---|
| **Close of Discovery** | August 22, 2022 | **October 21, 2022** |
| **Initial Expert Disclosures Deadlines** | June 22, 2022 | **August 22, 2022** |
| **Rebuttal Expert Disclosure Deadline** | July 21, 2022 | **September 19, 2022** |

| **Final Date for Dispositive Motions** | September 19, 2022 | **November 18, 2022** |
|---|---|---|
| **Pretrial Order** | October 20, 2022 | **December 19, 2022** |

IT IS SO STIPULATED.

**CHRISTIANSEN TRIAL LAWYERS**          **WILSON ELSER MOSKOWITZ**
                                        **EDELMAN & DICKER, LLP**


*/s/ Peter S. Christiansen*               */s/ Kevin A. Brown*
PETER S. CHRISTIANSEN, ESQ.             MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 5254                     Nevada Bar No. 10666
R. TODD TERRY, ESQ.                     KEVIN A. BROWN, ESQ.
Nevada Bar No. 6519                     Nevada Bar No. 7621
WHITNEY J. BARRETT, ESQ.                6689 Las Vegas Blvd. South, Suite 200
Nevada Bar No. 13662                    Las Vegas, NV 89119
710 South 7th Street                    *Attorney for Defendants*
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*


### ORDER

Based on the foregoing stipulation, and good cause appearing:

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated:  June 16, 2022