

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KEVIN A. BROWN, ESQ.
Nevada Bar No. 7621
E-mail: Kevin.Brown@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Panda Express, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Liston M. Goodman, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>Panda Express, Inc. d/b/a Panda Express, a Foreign Corporation; Panda Restaurant Group, Inc. d/b/a Panda Express, A Foreign Corporation; Doe Panda Express Employees; Does I through XX, inclusive; and Roe Business Entities I through XX inclusive;<br><br>Defendant. | Case No.: 2:22-cv-24<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 2:22-cv-24 with prejudice, each to bear their own fees and costs. No trial date has been set.

| | |
|---|---|
| WILSON ELSER<br><br>*/s/ Michael P. Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada 89119<br>Attorneys for Panda Express, Inc. | CHRISTIANSEN TRIAL LAWYERS<br><br>*/s/ Todd Terry*<br>Todd Terry, Esq.<br>Nevada Bar No. 6519<br>710 South 7th Street, Suite B<br>Las Vegas, NV 89101<br>Attorneys for Liston M. Goodman |
| | IT IS SO ORDERED.<br><br>_____<br>RICHARD F. BOULWARE, II<br>United States District Court<br>DATED this 16th day of August, 2022. |

274364125v.1